FRANK SALTZ & SONS, INC. v. INTERCONTINENTAL
APPAREL, INC.

July 2, 1984.

Petition for certification denied.

MARY SPEAKS v. THE HOUSING AUTHORITY OF THE
CITY OF JERSEY CITY.

July 2, 1984.

Petition for certification denied. (See 193 *N.J.Super.* 405)

JUDITH BERGER v. MARION PRAITER AND PAUL
PRAITER, ET AL.

July 2, 1984.

Petition for certification denied.

MARLENE TAUFIELD v. ARNOLD TAUFIELD.

July 2, 1984.

Petition for certification denied.